BEATRICE PAPER, PLAINTIFF-RESPONDENT, v. GOOD DEAL SUPERMARKETS, INC., *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Norman Bruck* for the petitioners.

*Mr. Paul L. Blenden* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARCO ORLANDO, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Neil S. Cooper* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANNE E. MILLER, a/k/a MARY ANN ROLFES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

June 30, 1969. Denied.